JAMES E. SALVEN, TRUSTEE
8427 N. Millbrook Ave., Ste. 101 · Fresno, CA 93720
Post Office Box 25970 · Fresno, CA 93729
(559) 230-1095 · Fax (559) 230-1093

May 27, 2009

United States Bankruptcy Court
Attn: Karen
501 "I" Street, Suite 3-200
Sacramento, CA 95814

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

UNDISTRIBUTED BALANCE

| | |
|---|---|
| TO: | Clerk, U.S. Bankruptcy Court |
| FROM: | James E. Salven, Trustee |
| DATE: | May 27, 2009 |
| DEBTOR(S): | CHARLES DIXON |
| CASE NUMBER: | 04-10535-A-7 |
| AMOUNT | $8,013.70 |

FILED
JUN - 3 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CLAIMS DISTRIBUTION: Unclaimed Money

Transmitted herewith is a check in the above amount for deposit with the court as undistributed balance in the above named case. (Make check payable to "Clerk, U.S. Bankruptcy Court". Attach check to original plus one copy of this form.)

EXPLANATION OF SOURCES:

| **CREDITOR** | **CHECK #** | **AMOUNT** | **CLAIM #** |
|---|---|---|---|
| U.S. DEPARTMENT OF EDUCATION | 107 | $8,013.70 | 3 |

Receipt # 2-9-617600          James E. Salven, Trustee